THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ROBEY PRICE and CHERYL PRICE, husband and wife,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br>　　　　　　　　　Defendants. | NO. C04-5534 KLS<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

COME NOW the parties herein, by and through their counsel of record, and hereby stipulate that all claims on behalf of Plaintiffs have been resolved and settled, and may be dismissed with prejudice, each party bearing its own costs.

GORDON, THOMAS, HONEYWELL,
　MALANCA, PETERSON & DAHEIM, LLP　　　BRIGGS & BRIGGS


By:　(original signed)　　　　　　　　　　By:　(original signed)
　　Timothy J. Whitters, WSBA No. 08660　　　Marie Docter, WSBA No. 30557
Date:　　　　　　　　　　　　　　　　　　Date:
Attorneys for Defendant State Farm　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　Robey and Cheryl Price

STIPULATION FOR AND ORDER OF DISMISSAL - 1
NO. C04-5534 KLS
[stip & order.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**ORDER**

THIS MATTER HAVING COME before the Court upon the Stipulation of the parties above, it is now, therefore,

ORDERED, ADJUDGED, AND DECREED that all claims and the lawsuit herein are dismissed with prejudice and without costs.

Dated this 27th day of September, 2005.

                                            Karen L. Strombom
                                            United States Magistrate Judge

*Presented by:*
GORDON, THOMAS, HONEYWELL,
    MALANCA, PETERSON & DAHEIM, LLP


By:   (original signed)
      Timothy J. Whitters, WSBA No. 08660
      Attorneys for Defendant State Farm


*Agreed as to form;*
*Notice of presentation waived:*
BRIGGS & BRIGGS


By:   (original signed)
      Marie Docter, WSBA No. 30557
      Attorneys for Plaintiffs
      Robey and Cheryl Price

STIPULATION FOR AND ORDER OF DISMISSAL - 2
NO. C04-5534 KLS
[stip & order.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500  -  FACSIMILE (206) 676-7575